An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

RODNEY "R.L." HALBOWER,
Appellant,
vs.
E.K. MCDANIEL, WARDEN,
Respondent.

No. 64378

**FILED**

JUL 2 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order of the district court denying a post-conviction petition for a writ of habeas corpus.[1] Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

In his petition filed on June 9, 2011, and his amended petition, appellant contended that he should be serving his concurrent Nevada and Oregon sentences in Oregon. We conclude that the district court did not err in denying his petition because appellant's claim was not cognizable in a post-conviction petition for a writ of habeas corpus. Appellant was lawfully confined pursuant to a valid judgment of conviction and his claim relating to the location of his confinement did not challenge the judgment of conviction or the computation of time served. *See* NRS 34.720. To the extent that appellant characterized his claim as involving a breach of his

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-23759

plea agreement, this assertion has no support in the record. Accordingly, we

ORDER the judgment of the district court AFFIRMED.[2]

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:    Hon. Steve L. Dobrescu, District Judge
       Rodney Halbower
       Attorney General/Carson City
       White Pine County District Attorney
       Attorney General/Ely
       White Pine County Clerk

---

[2]In light of this disposition, we deny as moot appellant's motions for appointment of counsel and to continue litigation. We have reviewed all documents that appellant has submitted in proper person to the clerk of this court in this matter, and we conclude that no relief based upon those submissions is warranted. To the extent that appellant has attempted to present claims or facts in those submissions which were not previously presented in the proceedings below, we have declined to consider them in the first instance.